
FILED

JUN 07 2017

Clerk, U.S. District Court
District Of Montana
Helena

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF MONTANA

BUTTE DIVISION

| | |
|---|---|
| In re:<br><br>YELLOWSTONE MOUNTAIN CLUB, LLC,<br><br>         Debtor.<br><br>TIMOTHY L. BLIXSETH,<br><br>         Appellant,<br><br>vs.<br><br>YELLOWSTONE MOUNTAIN CLUB, LLC; et al.,<br><br>         Appellees. | No. CV-11-73-BU-SEH<br><br>**ORDER**<br><br>On appeal from Bankruptcy Case No. 08-61570-11 |

The judgment of the Ninth Circuit Court of Appeals entered February 18, 2014,[1] was ordered amended by orders of Second Amended Order Re: CrossHarbor's Application for Attorneys' Fees and Non-Taxable Costs,[2] Amended

---

[1] Docs. 58, 59.

[2] Doc. 75.

Order Re: Brian A. Glasser's and Yellowstone Club Liquidating Trust's Application for Attorneys' Fees and Non-Taxable Costs,[3] and Amended Order Re: Yellowstone Mountain Club, LLC's and CIP Yellowstone Lending LLC's Application for Attorneys' Fees and Non-Taxable Costs.[4]

On April 20, 2017, the Ninth Circuit issued its order stating, *inter alia*, "[t]he Appellate Commissioner's second amended order and amended orders awarding attorneys' fees and non-taxable costs remain in effect."[5]

No further action by this Court is necessary or appropriate.

ORDERED:

Appellees' Motion for Entry of Judgment Against Blixseth and Flynn in Accordance with the Mandate and Pursuant to Fed. R. Civ. P. 58(d)[6] is DENIED as moot.

DATED this 7th day of June, 2017.

SAM E. HADDON
United States District Judge

---

[3] Doc. 76.

[4] Doc. 77.

[5] Doc. 78 at 5.

[6] Doc. 80.